O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 07-00304-SGL (JCRx)                                    Date:  January 7, 2009

Title:    CYRIL HUNTE, ARLENE HOOD, and MICHELLE HERRERA, individually and on behalf of all others similarly situated and the general public -v- NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK

========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                         None present

PROCEEDINGS:   ORDER AND NOTICE REGARDING UNAVAILABILITY OF THE JUDICIAL OFFICER (IN CHAMBERS)

<u>PENDING MATTERS</u>

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

    Counsel are hereby notified that, due to the unavailability of the Judicial Officer, the above-referenced motion scheduled in this matter for hearing on January 8, 2009, is hereby continued to January 26, 2009, at 10:00 a.m., in Courtroom One of this Court.  Counsel are directed to appear before this court on the new date and time.

    IT IS SO ORDERED.